IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania    :
                                     :
             v.                   :     No. 17 C.D. 2017
                                     :
Brian S. Creighan,             :
             Appellant     :

**PER CURIAM**                **O R D E R**

     NOW, September 27, 2017, having considered appellant's application for reconsideration, the application is denied.